UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NICOLE FLOYD,

    Plaintiff,

v.                                                             Case No. 6:19-cv-887-Orl-37GJK

SANTANDER CONSUMER USA, INC.,

    Defendant.
_____

## **ORDER**

Plaintiff initiated this action on May 9, 2019, alleging Defendant violated the Telephone Consumer Protection Act and Florida's Consumer Collection Practices Act. (Doc. 1.) On June 4, 2019, the parties filed a joint motion informing the Court that they have agreed to arbitrate all claims pursuant to the parties' written arbitration agreement, and requesting the Court stay this action pending arbitration. (Doc. 10.) On review, the Court finds that the motion is due to be granted.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion Staying Case Pending Arbitration (Doc. 10) is **GRANTED**.

2. The parties are **DIRECTED** to submit their dispute to arbitration as provided in the governing Arbitration Agreement.

3. This action is **STAYED** pending arbitration.

4. The parties are **DIRECTED** to provide a status report to the Court on

Tuesday, **September 3, 2019,** and every ninety (90) days thereafter.

5. The parties must immediately notify the Court upon conclusion of the arbitration proceedings.

6. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 4, 2019.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record