**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

NICOLE FLOYD,

   Plaintiff,

-vs-                                      CASE NO.:  6:19-CV-00887-RBD-GJK

SANTANDER CONSUMER USA, INC.,

   Defendant.

_____/

### NOTICE OF SETTLEMENT

     Plaintiff, Nicole Floyd, by and through the undersigned counsel, hereby notifies the Court

that the parties have reached a settlement with regard to this case and are presently drafting and

finalizing the settlement agreement, and general release or documents. Upon execution of the

same, the parties will file the appropriate dismissal documents with the Court.

Dated: September 27, 2019

/s/Frank H. Kerney, III, Esquire
  Frank H. Kerney, III, Esquire
  Florida Bar #: 088672
  Morgan & Morgan, Tampa, P.A.
  One Tampa City Center
  201 North Franklin Street, 7th Floor
  Tampa, FL 33602
  Telephone: (813) 223-5505
  Facsimile:  (813) 223-5402
  fkerney@forthepeople.com
  mmartinez@forthepeople.com
  *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2019, a true and correct copy of the foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF system.

*/s/Frank H. Kerney, III, Esquire*

Frank H. Kerney, III, Esquire

Florida Bar #: 88672
